UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CLARA JOHNSON and XAVIER JOHNSON,

           Plaintiffs,

**ORDER**

CV-06-201 (SJF) (LB)

-vs-

NYC POLICE DEPT., et. al.,

           Defendants.

------------------------------------------------------------X
FEUERSTEIN, J.

The Report and Recommendation of Magistrate Judge Lois Bloom, dated August 25, 2006, recommending that the Court dismiss the above-captioned case is adopted in it's entirety. The action is dismissed. The Clerk of Court is directed to close the case.

SO ORDERED.

s/ Judge Sandra J. Feuerstein

_____
SANDRA J. FEUERSTEIN
United States District Judge

Dated: Long Island, N.Y.
       October 5, 2006